IN THE SUPREME COURT OF TEXAS

 No. 10-0977

 IN RE JAMES M. SHAW AND CARABIN & SHAW, P.C.

 On Petition for Writ of Mandamus

ORDERED:

 1. Relators' motion for emergency stay, filed November 30, 2010,
is granted in part. The trial court order dated July 12, 2010 on
plaintiffs' motion to compel discovery in Cause No. 2009-11-6073-H, styled
Alexander M. Begum and Begum Law Group, LLC v. James M. Shaw and Carabin &
Shaw, P.C., in the 444th District Court of Cameron County, Texas, is stayed
with regard to interrogatory 4 and requests for production 7 through 11
until further order of this Court.
 2. The real parties in interest are requested to respond to
relators' petition for writ of mandamus on or before December 20, 2010.
 3. The petition for writ of mandamus remains pending before this
Court.

 Done at the City of Austin, this December 3, 2010.
 [pic]
 Blake A. Hawthorne, Clerk
 Supreme Court of Texas

 By Claudia Jenks, Chief Deputy Clerk